■ Cosme Morel, Plaintiff, v The Holy Spirit Association for the Unification of World Christianity et al., Defendants/Third-Party Plaintiffs-Respondents. 34th Street Diner, Inc., Doing Business as Tick Tock Diner, Third-Party Defendant-Appellant, et al., Third-Party Plaintiff. [3 NYS3d 597]—

Order, Supreme Court, New York County (Paul Wooten, J.), entered December 13, 2013, which, to the extent appealed from, granted third-party plaintiffs Holy Spirit Association for the Unification of World Christianity and New York Hotel Management Company, Inc.'s motion to reargue the prior order, same court and Justice, entered August 10, 2012, dismissing New York Hotel's claim for contractual indemnification against third-party defendant, and upon reargument, reinstated said claim, unanimously affirmed, without costs.

The motion court correctly determined that the lease agreement, as altered by its sixth and seventh amendments, clearly and unambiguously expanded the definition of an "Owner" to be indemnified by third-party defendant to include New York Hotel Management Company. Concur—Tom, J.P., Renwick, DeGrasse, Manzanet-Daniels and Clark, JJ.